AO 442 (Rev. 11/11) Arrest Warrant

FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 FEB 19 PM 1:53

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.

RANDY D. GOODMAN

_____
Defendant

)
)
)
)
)
)

Case No.  1:19CR-012

J. DLOTT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RANDY D. GOODMAN
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO POSSESS UNREGISTERED FIREARMS

Date:     02/06/2019

City and state:     CINCINNATI, OHIO

*Issuing officer's signature*

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

| Return |
|--------|
| This warrant was received on *(date)* 2/11/19 , and the person was arrested on *(date)* 2/11/19 at *(city and state)* 5880 Brown PD. |
| Date: 2/11/19 |

*Arresting officer's signature*

Andrew J. Schweier
*Printed name and title*