IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No. 1:19CR012(1) |
| Ryan D. King | ) | |
| | ) | |

ORDER TERMINATING SUPERVISED RELEASE

The above-named individual commenced a three-year term of supervised release on January 29, 2020. His term of supervision is scheduled to expire on January 28, 2023. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that Ryan D. King is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 17th day of February, 2022

The Honorable Susan J. Dlott
United States District Judge